JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL J. CASTANON,<br><br>              Plaintiff,<br><br>     v.<br><br>L.A. SHERIFF DEPT AT LA<br>COUNTY MENS CENTRAL JAIL,<br><br>              Defendant. | Case No. 2:21-cv-01275-VAP-AFM<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Denying Request For Extension Of Time And Dismissing Action Without Prejudice,

  IT IS HEREBY ADJUDGED the above-captioned action is dismissed without prejudice.


DATED:  February 19, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE